IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANE LOUIS BURD,<br><br>Plaintiff,<br><br>vs.<br><br>DR. KOHUT,<br><br>Defendant. | CV 16-00046-BU-BMM-JCL<br>(CV 16-00088-H-DLC-JTJ)<br><br>TRANSFER ORDER |

Pending is Plaintiff Shane Burd's proposed Complaint for Emergency Injunction. (Doc. 2.) The matter is not venued in the right division. Local Rule 3.2(b)(3) provides that prisoner civil rights cases shall be venued in the Division where the alleged wrong was committed. The incidents alleged in Burd's Complaint occurred at Montana State Prison which is in the Helena Division of this Court. This matter should be venued in the Helena Division.

Accordingly, the Court issues the following:

**ORDER**

1. This case is transferred to the Helena Division. The matter has a new case number of CV-16-00088-H-DLC-JTJ. All further filing in this matter must be done under this new case number.

2. At all times during the pendency of this action, Burd MUST

1

IMMEDIATELY ADVISE the Court of any change of address and its effective date. Failure to file a NOTICE OF CHANGE OF ADDRESS may result in the dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED this 19th day of September, 2016.

       /s/ *Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge